IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DARRELL HATFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-12-1294-D |
| | ) |
| UNITEDHEALTH GROUP, and | ) |
| PACIFICARE OF OKLAHOMA, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Upon consideration of Defendants' Motion to Dismiss for Lack of Subject-Matter Jurisdiction [Doc. No. 5], and Plaintiff's Response [Doc. No. 7], which concedes complete diversity of citizenship is lacking, the Court finds no basis for an exercise of federal jurisdiction in this case.

IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice, for lack of subject matter jurisdiction.

Entered this 24th day of January, 2013.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE